IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

DERRICK AMBROSE, SR., as Executor of the Estate of Derrick Ambrose, Jr.,

Plaintiff,

vs.

WATERLOO, IOWA, Municipal Corporation; KYLE LAW, in his official and individual capacity; DANIEL TRELKA, in his individual and official capacity as Public Safety Director for the City of Waterloo, Iowa; JOHN DOES 1-5, in their individual and official capacities,

Defendants.

No. C14-2079

ORDER ON ADMISSION
*PRO HAC VICE*

---

This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number 6) filed by attorney Mel C. Orchard, III, on January 16, 2015. The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Admission Pro Hac Vice (docket number 6) is hereby **GRANTED**. Attorney Mel C. Orchard, III, is authorized to appear on behalf of Plaintiff in this matter.

DATED this 20th day of January, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA