# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| DERRICK AMBROSE, SR., as Executor of the Estate of Derrick Ambrose, Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>WATERLOO, IOWA, Municipal Corporation; KYLE LAW, in his official and individual capacity; DANIEL TRELKA, in his individual and official capacity as Public Safety Director for the City of Waterloo, Iowa; JOHN DOES 1-5, in their individual and official capacities,<br><br>Defendants. | No. C14-2079<br><br>ORDER REGARDING MOTION TO QUASH |

On May 22, 2015, Defendants filed a Motion to Quash 18 Notices of Taking Depositions Duces Tecum (docket number 30). On June 23, 2015, Plaintiff filed a Stipulated Motion to Withdraw Defendant City of Waterloo's Motion to Quash Deposition Notices (docket number 37). According to the recent motion, "the parties are in agreement that issues raised by the City of Waterloo's Motion to Quash are now moot." Accordingly, the Motion to Quash will be denied as moot.

## ORDER

IT IS THEREFORE ORDERED as follows:

1. The Stipulated Motion to Withdraw (docket number 37) filed by the Plaintiff is **GRANTED**.

2. The Motion to Quash (docket number 30) filed by Defendants is **DENIED as moot**.

DATED this 23rd day of June, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA